UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA )
)
) 4:20-cr-10
v. )
) Judge: Collier/Lee
RICKY LEE RIDDLE )

## INDICTMENT

The Grand Jury charges that on or about May 16, 2019, in the Eastern District of Tennessee, the defendant, RICKY LEE RIDDLE, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition; in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegation contained in this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One of this Indictment, the defendant, RICKY LEE RIDDLE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

Raven Arms, .25 cal pistol and ammunition seized from the defendant, Ricky Lee Riddle, on or about May 16, 2019.

FILED
JUL 07 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

J. DOUGLAS OVERBEY
United States Attorney

By: Franklin P. Clark
Assistant U.S. Attorney