# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Defendant Name: Ricky Lee Riddle

Place of Offense (City & County): Franklin County

Juvenile: Yes ____ No _X_     Matter to be Sealed: Yes ____ No _X_

Interpreter: No _X_ Yes ____ Language: _____

Total # of Counts: __ Petty ___ Misdemeanor (Class __) _1_ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Title 18, United States Code, Section 922(g)(1)<br>Felon in possession of a firearm. | 1 |

*(Use tab key after entering counts to create additional rows)*

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No ____

Violation Warrant Issued? No ____ Yes ____ Case No. _____

Related Case(s):

_____
Case Number    Defendant's attorney    How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. _____

New Separate Case ____      Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____     Appointed: _____

Date: July 7, 2020     Signature of AUSA: _s/ Franklin P. Clark_